AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JOEL VIGIL on behalf of himself and others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>PHYLLIS MARSILIO, COOKY'S DELI INC., and PHYLLIS MARSILIO as administratrix/executrix of the estate of MARTIN MARSILIO (deceased),<br><br>*Defendant(s)* | Civil Action No. 25-cv-06402-JMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PHYLLIS MARSILIO, 1450 Church Street, Bohemia, NY 11716

COOKY'S DELI INC., 1450 Church Street, Bohemia, NY 11716

PHYLLIS MARSILIO as administratrix/executrix of the estate of MARTIN MARSILIO (deceased),1450 Church Street, Bohemia, NY 11716

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marcus Monteiro, Esq.
Monteiro & Fishman LLP
91 N. Franklin Street, Suite 108
Hempstead, NY 11550
(516) 280-4600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/19/2025

*Sandra Felgueiras*
*Signature of Clerk or Deputy Clerk*

