Monteiro & Fishman LLP
ATTORNEYS AT LAW

Main Office:
91. N. Franklin Street
Suite 108 Hempstead,
New York 11550
Tel.: 516/280.4600

Marcus Monteiro
516/280.4600 ext. 106
mmonteiro@mflawny.com

July 8, 2026

**BY ECF**
The Honorable James M. Wicks
Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1010
Central Islip, New York 11722

RE: *Joel Vigil et al. v. Phyllis Marsilio et al.*
25-cv-06402(JMW)

Dear Judge Wicks:

I represent Plaintiffs and the putative class in this wage/hour case. Together with Defendants, we write to provide a status update.

The Parties agreed to certify a collective class consisting of 13 employees and agreed to the language contained in the Notice of Collective Action and Consent to Become a Party Plaintiff which the Court "So Ordered" on May 19, 2026.

The Notices were mailed out June 9, 2026 and allowed the employees 60 days to join the lawsuit thereafter, being August 8, 2026. Based on the responses and how many employees join the lawsuit (if any), the Parties anticipate either mediating or otherwise engage in settlement talks.

The Parties continue to work together in good faith aimed and resolving this case while avoiding protracted litigation. As such, the Parties request a date in mid-August to provide a status report detailing their progress.

The Parties thank the Court for presiding over this case and for considering this request.

Very truly yours,

MONTEIRO & FISHMAN LLP

Marcus Monteiro