**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JOEL VIGIL on behalf of himself and others similarly situated,

Plaintiffs,

-against-

PHYLLIS MARSILIO, COOKY'S DELI INC., and PHYLLIS MARSILIO as administratrix/executrix of the estate of MARTIN MARSILIO (deceased),

Defendants.

CV: 25-06402 (JMW)

## CONSENT TO BECOME A PARTY PLAINTIFF AND JOIN LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of this Fair Labor Standards Act ("FLSA") action in my name and on my behalf and consent to join this lawsuit for all causes of action therein.

I also designate the Collective Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit

I hereby designate Monteiro & Fishman LLP and other attorneys with whom they may associate to represent me for all purposes.

Signature: [signature]

Name: IRMA R SANDOVAL

Telephone: 631-521-3048

Date: 06-30-2026

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**DISTRITO ESTE DE NUEVA YORK**

JOEL VIGIL en nombre propio y de otros en situación similar,

Demandantes,

-en contra-

PHYLLIS MARSILIO, COOKY'S DELI INC., y PHYLLIS MARSILIO como administradora/albacea del patrimonio de MARTIN MARSILIO (fallecido),

Demandados.

CV: 25-06402 (JMW)

## CONSENTIMIENTO PARA CONVERTIRSE EN PARTE DEMANDANTE Y UNIRSE A LA DEMANDA

Con mi firma a continuación, autorizo la presentación y enjuiciamiento de esta acción bajo la Ley de Normas Laborales Justas ("FLSA") en mi nombre y en mi nombre, y consiento unirme a esta demanda por todas las causas de acción contiendas.

Asimismo, designo a los Representantes Colectivos como mis agentes para tomar decisiones en mi nombre con respecto al litigio, el método y la forma de conducir dicho litigio, y todos los demás asuntos relacionados con esta demanda.

Por la presente designo a Monteiro & Fishman LLP y a otros abogados con los que puedan colaborar para representarme en todos los usos.

Firma: Irma Sandoval

Nombre: IRMA R SANDOVAL

Teléfono: 631-521-3048

Fecha: 06-30-2026